IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES BAILEY, <br> AIS 187785, <br><br> Petitioner, <br><br> v. <br><br> WARDEN ANTONIO McCLAIN, et al., <br><br> Respondents. | CASE NO. 3:24-CV-157-RAH-KFP |

## **O R D E R**

On June 10, 2024, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 9.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED that the Recommendation is ADOPTED and this petition is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE, on this the 9th day of July 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE